UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONAL M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 06-343T

R.O.C. CONSTRUCTION, INC.

**AFFIDAVIT OF ROBERT P. BROOKS**

I, Robert P. Brooks, being duly sworn, hereby deposes and says:

1. I am the attorney for Plaintiffs, Ronald M. Coia, as Trustee of the Rhode Island Laborers Health Fund, et al. in the above-captioned matter.

EXHIBIT
B

2. To date, I have not received an Answer to the Verified Complaint and Summons served on Defendant R.O.C. Construction, Inc. by Constable George R. Clark on July 27, 2006.

ROBERT P. BROOKS (# 3721)

Subscribed and sworn to before me this 27th day of February, 2007.

Jaime J. LaPorte
Notary Public
My Commission Expires: 7/25/2007

*392134_1.doc*