UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 06-343T |
| R.O.C. CONSTRUCTION, INC. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of Plaintiffs' Motion for Entry of Default was sent by regular mail, postage prepaid, to R.O.C. Construction, Inc., 60 Dyerville Avenue, Johnston, Rhode Island, 02919 and R.O.C. Construction, Inc.'s registered agent for service of process, Richard S. Mittleman, Esq., 56 Exchange Terrace, Providence, Rhode Island, 02903 on February 27, 2007. A copy of Plaintiffs' Motion for Entry of Default was also sent to R.O.C. Construction, Inc. and Richard S. Mittleman, Esq. by certified mail, return receipt requested. Copies of the return receipts will be filed as soon as they are received.

To the best of Plaintiffs' knowledge, the addresses set forth above are the last known addresses of R.O.C. Construction, Inc. and its registered agent for service of process. Upon

information and belief, the party against whom default is sought is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

Dated: Providence, Rhode Island
February 27, 2007

PLAINTIFFS
RONALD M. COIA, et al.
By their Attorneys,

/s/ Robert P. Brooks________________
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

CERTIFICATION

I, the undersigned, hereby certify that on this 27th day of February, 2007 I sent a true copy of the within Certification of Service by regular and certified mail to the following:

R.O.C. Construction, Inc.
60 Dyerville Avenue
Johnston, RI 02919

R.O.C. Construction, Inc.
Registered Agent: Richard S. Mittleman, Esq.
56 Exchange Terrace
Providence, RI 02903

/s/ Robert P. Brooks_________________

*409929_1.doc*