UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 06-343T

R.O.C. CONSTRUCTION, INC.

**CONSENT JUDGMENT**

The following Consent Judgment may enter in the above-captioned matter by order of the Court and by agreement of the parties. It is hereby ORDERED, ADJUDGED and DECREED:

That Plaintiffs Ronald M. Coia as Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the Rhode Island Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund, and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO (the "Rhode Island Laborers'

Employee Benefit Funds") shall recover from the Defendant R.O.C. Construction, Inc. the sum of $45,000 made payable to the Rhode Island Laborers' Employee Benefit Funds as follows:

1. One payment of seven thousand five hundred dollars ($7,500) due on or before April 1, 2007;

2. One payment of seven thousand five hundred dollars ($7,500) due on or before May 1, 2007;

3. One payment of seven thousand five hundred dollars ($7,500) due on or before June 1, 2007; and

4. A final payment of twenty-two thousand five hundred dollars ($22,500) due on or before July 1, 2007.

ENTER:

Ernest C. Torres
Sr. U.S. Dist. Judge
4/10/07

ORDER:

Respectfully submitted,

RONALD M. COIA, et al.
By their Attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Dated: March 19 2007

R.O.C. CONSTRUCTION, INC.
By its Attorney,

RICHARD S. MITTLEMAN (#6934)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel: (401) 331-5700
Fax: (401) 331-5787
Dated: March 13, 2007

*411545_1.doc*